UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

BANK OF AMERICA, N.A., for itself and )
as successor to LASALLE BANK )
NATIONAL ASSOCIATION, )
125 S. LaSalle Street, Suite 1025, )
Chicago, IL 60603 )
                      Plaintiff, )   Case No. 1 : 10 CV 013
)
v. )   JUDGE DLOTT
)
PRO-ONSITE TECHNOLOGIES, LLC, )
ET. AL. )
)
                      Defendants. )

**ORDER GRANTING RECEIVER'S FIRST
AND FINAL REPORT FOR THE PERIOD OF
<u>JANUARY 13, 2010 THROUGH FEBRUARY 17, 2010</u>**

THIS MATTER COMING TO BE HEARD on the Receiver's First and Final Report for the Period of January 13, 2010 through February 17, 2010, proper notice having been given, and this Court being duly advised in the premises:

IT IS HEREBY ORDERED:

1.    The Receiver's First and Final Report for the Period of January 13, 2010 through February 17, 2010 is hereby approved as filed;

2.    The Receiver is hereby discharged and released from any further responsibility with respect to this matter; and

    3.    This action is hereby DISMISSED WITHOUT PREJUDICE.

DATED: March 26, 2010

                                                  _/s/ Susan J. Dlott_
                                                  Honorable Chief Judge Susan J. Dlott

Order prepared by:

Michael L. Ralph, Sr. (ARDC No.: 2279304)
David J. Schwab (ARDC No.: 6204333)
RALPH, SCHWAB & SCHIEVER, CHARTERED
175 East Hawthorn Parkway, Suite 345
Vernon Hills, IL 60061
Telephone: (847) 367-9699
Facsimile: (847) 367-9621
mralph@rss-chtd.com
djschwab@rss-chtd.com